CASTRILLÓN & COMPANY, PLAINTIFFS AND APPELLEES, *v.* CASTEJÓN, MUNICIPAL JUDGE, RESPONDENT AND APPELLANT.

APPEAL from the District Court of San Juan in Certiorari Proceedings.

No. 2073.—Decided December 5, 1919.

APPEAL—PREMATURE APPEAL.—An appeal taken from a judgment before the same is entered in the judgment docket is premature and will be dismissed.

The facts are stated in the opinion.

*Mr. Adrián Agosto* for the appellant.

*Mr. Luis Méndez Vaz* for the appellee.

MR. JUSTICE DEL TORO delivered the opinion of the court.

The question involved in this case is whether or not an appeal taken from a judgment rendered by the District Court of San Juan, Section 2, in a certain certiorari proceeding should be dismissed. The appellee moves for its dismissal because, among other reasons, the appeal was taken before the judgment was entered in the docket.

According to the record the appeal was taken on June 23, 1919, and according to a certificate issued by the clerk of the District Court of San Juan, Section 2, the judgment was rendered in open court on June 19, 1919, but was not entered in the judgment docket until July 11 of the same year.

This being the case, it is necessary to admit that the appeal was taken prematurely and therefore, must be dismissed.

The question is not a new one. In 1905 this court said: "An appeal taken from a judgment before it has been entered in the book of judgments of the district court is premature and will be dismissed." *La Compañía de los Ferrocarriles de Puerto Rico et al.* v. *La Compañía Línea Férrea del Oeste et al.,* 8 P. R. R. 408. See also the case of *Schroder* v. *Schmidt,* 71 Cal. 399, and *Coon* v. *United Order of Honor,* 76 Cal. 354, where similar doctrine was laid down.

The appeal must be

*Dismissed.*

Chief Justice Hernández and Justices Wolf and Aldrey concurred.

Mr. Justice Hutchison took no part in the decision of this case.